■ Tyrone Whitehair, Appellant, v Civil Service Commission of Monroe County et al., Respondents.—Order unanimously affirmed, without

costs (see *Massachusetts Bd. of Retirement v Murgia,* 427 US 307; *Matter of Figueroa v Bronstein,* 38 NY2d 533). (Appeal from order of Monroe Supreme Court—summary judgment.) Present—Marsh, P. J., Moule, Dillon, Goldman and Witmer, JJ.